writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Solicitor General Jackson* for petitioner. *Mr. John H. McEvers* for respondent. ■

No. 481. THOMPSON, TRUSTEE, *v.* MAGNOLIA PETROLEUM CO. ET AL. See *post,* p. 630.

No. 482. SHELDON ET AL. *v.* METRO-GOLDWYN PICTURES CORP. ET AL. December 4, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Arthur F. Driscoll* for petitioners. *Messrs. John W. Davis* and *Samuel D. Cohen* for respondents.

No. 473. McGOLDRICK, COMPTROLLER OF THE CITY OF NEW YORK, *v.* GULF OIL CORPORATION. December 4, 1939. Petition for writ of certiorari to the Supreme Court of New York granted. *Messrs. William C. Chanler, Paxton Blair, Sol Charles Levine,* and *Jerome R. Hellerstein* for petitioner. *Mr. Matthew S. Gibson* for respondent. By special leave of Court, *Messrs. George deForest Lord* and *Woodson D. Scott* filed a brief on behalf of the Cunard White Star Ltd., as *amicus curiae,* opposing the petition.

No. 474. McGOLDRICK, COMPTROLLER OF THE CITY OF NEW YORK, *v.* A. H. DuGRENIER, INC. ET AL. December 4, 1939. Petition for writ of certiorari to the Supreme Court of New York granted. *Messrs. William C. Chanler, Paxton Blair,* and *Sol Charles Levine* for petitioner. *Messrs. John H. Jackson* and *Haig H. Davidian*